# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
BANGWA, ELIZABETH C                 §     Case No. 09-13303
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/15/2009 . The undersigned trustee was appointed on 04/16/2009 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 18,601.70 |

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 500.00 |
| Bank service fees | 29.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---|
| Leaving a balance on hand of[1] | $ | 18,072.49 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) (Page: 1)

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 11/12/2009 and the deadline for filing governmental claims was 11/12/2009 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 2,610.17 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 2,470.79 , for a total compensation of $ 2,470.79 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/17/2013          By:/s/MICHAEL G. BERLAND
                                     Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1
Exhibit A

Case No: 09-13303   BL   Judge: Bruce W. Black
Case Name: BANGWA, ELIZABETH C
For Period Ending: 09/30/13

Trustee Name: MICHAEL G. BERLAND
Date Filed (f) or Converted (c): 04/15/09 (f)
341(a) Meeting Date: 06/08/09
Claims Bar Date: 11/12/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 327 Candlelight, Bolingbrook=-scheduled | 155,000.00 | 0.00 | | 0.00 | FA |
| 2. 1507 Parkside, Bolingbrook-scheduled | 290,000.00 | 0.00 | | 0.00 | FA |
| 3. DuPage Credit Union account-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing-unknown | Unknown | 0.00 | | 0.00 | FA |
| 6. 2004 Toyota Camry-scheduled | 8,000.00 | 0.00 | | 0.00 | FA |
| 7. Malpractice action-unscheduled (u) | 0.00 | 0.00 | | 18,601.70 | FA |
| The case went to trial and the total sum of $18,601.70 was tendered to the trustee, which represented the full judgment of $28,000, plus costs awarded | | | | | |

TOTALS (Excluding Unknown Values)   $455,050.00   $0.00   $18,601.70   Gross Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion To Employ Special Counsel. The case went to a jury trial and the estate was awarded $18,000, plus costs

Initial Projected Date of Final Report (TFR): 12/31/13   Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 09-13303 -BL | Trustee Name: | MICHAEL G. BERLAND |
| --- | --- | --- | --- |
| Case Name: | BANGWA, ELIZABETH C | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1120 Checking Account |
| Taxpayer ID No: | *******5170 | | |
| For Period Ending: | 09/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/13 | 7 | ISBA Mutual Insurance Company | | 1249-000 | 18,601.70 | | 18,601.70 |
| 08/01/13 | 001001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 18,101.70 |
| 08/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 18,091.70 |
| 09/11/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 19.21 | 18,072.49 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 18,601.70 | 529.21 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 18,601.70 | 529.21 |
| Less: Payments to Debtors | | 0.00 |
| Net | 18,601.70 | 529.21 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********1120 | 18,601.70 | 529.21 | 18,072.49 |
| | 18,601.70 | 529.21 | 18,072.49 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

COLUMN TOTALS 18,601.70 529.21 18,072.49

Page Subtotals 18,601.70 529.21

UST Form 101-7-TFR (5/1/2011) (Page: 4)

LFORM24

Ver: 17.03

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: October 17, 2013 |
|---|---|---|---|---|---|
| Case Number: 09-13303 | | Claim Class Sequence | | | |
| Debtor Name: BANGWA, ELIZABETH C | | | | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3210-60 | Anthony Andreano | Administrative | | $2,357.93 | $0.00 | $2,357.93 |
| 001<br>3210-60 | Donald L. Johnson | Administrative | | $2,357.92 | $0.00 | $2,357.92 |
| 001<br>3220-61 | Andthony Andreano | Administrative | | $3,385.85 | $0.00 | $3,385.85 |
| 001<br>3732-00 | Ariel Weisberg | Administrative | | $7,000.00 | $0.00 | $7,000.00 |
| 001<br>3731-00 | Thomas Wilhelmi | Administrative | | $500.00 | $0.00 | $500.00 |
| 000001<br>070<br>7100-00 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Unsecured | | $4,367.86 | $0.00 | $4,367.86 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $664.80 | $0.00 | $664.80 |
| 000003<br>070<br>7100-00 | Chase Bank USA, N.A.<br>C/O Creditors Bankruptcy Service<br>P.O. Box 740933<br>Dallas, TX 75374 | Unsecured | | $350.62 | $0.00 | $350.62 |
| 000004<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $2,990.01 | $0.00 | $2,990.01 |
| 000005<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS<br>ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $7,725.67 | $0.00 | $7,725.67 |
| 000006<br>070<br>7100-00 | FIA CARD SERVICES, NA/BANK OF<br>AMERICA<br>BY AMERICAN INFOSOURCE LP AS<br>ITS AGENT<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $18,689.17 | $0.00 | $18,689.17 |

| Page 2 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 17, 2013 |
|---|---|---|---|---|---|---|

Case Number: 09-13303  
Debtor Name: BANGWA, ELIZABETH C

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000007<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $6,617.74 | $0.00 | $6,617.74 |
| | Case Totals: | | | $57,007.57 | $0.00 | $57,007.57 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-13303
Case Name: BANGWA, ELIZABETH C
Trustee Name: MICHAEL G. BERLAND

        Balance on hand          $         18,072.49

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,470.79 | $ 0.00 | $ 2,470.79 |
| Other: Anthony Andreano | $ 2,357.93 | $ 0.00 | $ 2,357.93 |
| Other: Donald L. Johnson | $ 2,357.92 | $ 0.00 | $ 2,357.92 |
| Other: Andthony Andreano | $ 3,385.85 | $ 0.00 | $ 3,385.85 |
| Other: Thomas Wilhelmi | $ 500.00 | $ 0.00 | $ 500.00 |
| Other: Ariel Weisberg | $ 7,000.00 | $ 0.00 | $ 7,000.00 |

    Total to be paid for chapter 7 administrative expenses      $    18,072.49

    Remaining Balance      $    0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,405.87 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,367.86 | $ 0.00 | $ 0.00 |
| 000002 | Chase Bank USA, N.A. | $ 664.80 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 350.62 | $ 0.00 | $ 0.00 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 2,990.01 | $ 0.00 | $ 0.00 |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,725.67 | $ 0.00 | $ 0.00 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 18,689.17 | $ 0.00 | $ 0.00 |
| 000007 | American Express Centurion Bank | $ 6,617.74 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors      $           0.00

Remaining Balance      $           0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE