# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BANGWA, ELIZABETH C | § | Case No. 09-13303 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that MICHAEL G. BERLAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 S. Dearborn
Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 01/10/2014 in Courtroom ,

Joliet City Hall
150 West Jefferson,2nd floor, Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _11/12/2013_____          By: _/s/ Michael G. Berland_____

                                                                          Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BANGWA, ELIZABETH C | § | Case No. 09-13303 |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 18,601.70 |
| and approved disbursements of | $ | 547.78 |
| leaving a balance on hand of[1] | $ | 18,053.92 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MICHAEL G. BERLAND | $ 2,470.79 | $ 0.00 | $ 2,470.79 |
| Other: Anthony Andreano | $ 2,357.93 | $ 0.00 | $ 2,355.12 |
| Other: Donald L. Johnson | $ 2,357.92 | $ 0.00 | $ 2,355.11 |
| Other: Andthony Andreano | $ 3,385.85 | $ 0.00 | $ 3,381.82 |
| Other: Thomas Wilhelmi | $ 500.00 | $ 0.00 | $ 499.41 |
| Other: Ariel Weisberg | $ 7,000.00 | $ 0.00 | $ 6,991.67 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 18,053.92 |
| Remaining Balance | $ | 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,405.87  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,367.86 | $ 0.00 | $ 0.00 |
| 000002 | Chase Bank USA, N.A. | $ 664.80 | $ 0.00 | $ 0.00 |
| 000003 | Chase Bank USA, N.A. | $ 350.62 | $ 0.00 | $ 0.00 |
| 000004 | PYOD LLC its successors and assigns as assignee of | $ 2,990.01 | $ 0.00 | $ 0.00 |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 7,725.67 | $ 0.00 | $ 0.00 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 18,689.17 | $ 0.00 | $ 0.00 |
| 000007 | American Express Centurion Bank | $ 6,617.74 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors        $ 0.00

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By:  /s/ Michael G. Berland _____
Trustee

*MICHAEL G. BERLAND*
*1 NORTH LASALLE STREET*
*STE 1775*
*CHICAGO, IL 60602*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 09-13303-BWB
Elizabeth C Bangwa                                                  Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: esullivan        Page 1 of 2        Date Rcvd: Nov 15, 2013
                           Form ID: pdf006         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2013.
db        +Elizabeth C Bangwa,    317 candlelight ct,   Bolingbrook, IL 60440-2881
17114110   American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
14727167  +BAC Home Loan Servicing LP,   Bank of America NA,   7105 Corporate Drive,   Plano, TX 75024-4100
13785265   Bank Of America,   PO BOX 30610,   Los Angeles, CA 90030-0610
13785266   Bank Of America,   PO BOX 37271,   Baltimore, MD 21297-3271
13785267  #Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
13785268  +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
14424157   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
14441875  +Chase Bank USA, N.A.,   C/O Creditors Bankruptcy Service,   P.O. Box 740933,
           Dallas, TX 75374-0933
13785270  +GC Services,   PO BOX 2667,   Houston, TX 77252-2667
13785272  +Met Life Insurance,   One West Madison Avenue,   New York, NY 10010-3681
13785273   National Collegiate Trust,   P O BOX 2461,   Harrisburg, PA 17105-2461
13785274   Sears Credit Cards,   5049941400476401,   Columbus, OH 43218-3081
13785275  ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
           (address filed with court: US Bank,   PO BOX 790408,   Saint Louis, MO 63179-0408)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13785264   +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Nov 16 2013 01:49:33     Aurora Loan Services,
            10350 Park Meadows Drive,   Littleton, CO 80124-6800
14333819    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2013 02:01:21     DISCOVER BANK,
            DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
13785269    E-mail/PDF: mrdiscen@discoverfinancial.com Nov 16 2013 02:01:21     Discover,   PO BOX 30943,
            Salt Lake City, UT 84130
14533522    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2013 01:53:53
            FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
            Oklahoma City, OK  73124-8809
13785271   +E-mail/Text: bnckohlsnotices@becket-lee.com Nov 16 2013 01:49:47     Kohls,
            N56 W17000 Ridgewood Drive,   Menomonee Falls, WI 53051-7096
14457620   +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2013 01:52:03
            PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
            PO Box 19008,   Greenville, SC 29602-9008
                                                                              TOTAL: 6

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2013                        Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2013 at the address(es) listed below:
          Barbara J Dutton    on behalf of Creditor   Aurora Loan Services, LLC duttonlaw@aol.com,
          ecfdesk@duttonlaw.com
          Lydia Y Siu   on behalf of Creditor   Bank of America Home Loans Servicing LP
          lsiu@atty-pierce.com,   northerndistrict@atty-pierce.com
          Michael G Berland   on behalf of Spec. Counsel Donald  Johnson einstein829@earthlink.net,
          IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
          Michael G Berland   on behalf of Trustee Michael G Berland einstein829@earthlink.net,
          IL33@ecfcbis.com;mberland@ecf.epiqsystems.com

```
District/off: 0752-1          User: esullivan          Page 2 of 2          Date Rcvd: Nov 15, 2013
                             Form ID: pdf006          Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Michael G Berland    einstein829@earthlink.net,  IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
       Michael G Berland    on behalf of Spec. Counsel Anthony  Andreano einstein829@earthlink.net,
      IL33@ecfcbis.com;mberland@ecf.epiqsystems.com
       Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
       Tom  Makedonski    on behalf of Debtor Elizabeth C Bangwa info@teamlegalchicago.com,
      teamlegalbk@gmail.com

                                                        TOTAL: 8