UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
BANGWA, ELIZABETH C § Case No. 09-13303
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL G. BERLAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____   By:/s/MICHAEL G. BERLAND _____
                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Aurora Loan Services 10350 Park Meadows Drive Littleton, CO 80124 |  |  |  |  |  |
|  | Bank Of America PO BOX 30610 Los Angeles, CA 90030-0610 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | US Bank PO BOX 790408 Saint Louis, MO 63179-0408 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MICHAEL G. BERLAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| CONGRESSIONAL BANK | | | | | |
| JOHNSON, DONALD L. | | | | | |
| ANDREANO, ANDTHONY | | | | | |
| ANDREANO, ANTHONY | | | | | |
| LONGEST, GLORIA | | | | | |
| WEISBERG, ARIEL | | | | | |
| WILHELMI, THOMAS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America PO BOX 37271 Baltimore, MD 21297-3271 | | | | | |
| | Bank of America P.O. Box 15026 Wilmington, DE 19850-5026 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850-8200 | | | | | |
| | Discover PO BOX 30943 Salt Lake City, UT 84130 | | | | | |
| | GC Services PO BOX 2667 Houston, TX 77081 | | | | | |
| | Kohls N56 W17000 Ridgewood Drive Menomonee Falls, WI 53051 | | | | | |
| | Met Life Insurance One West Madison Avenue New York, NY 10010 | | | | | |
| | National Collegiate Trust P O BOX 2461 Harrisburg, PA 17105-2461 | | | | | |
| | Sears Credit Cards 5049941400476401 Columbus, OH 43218-3081 | | | | | |
| 000007 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | CHASE BANK USA, N.A. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | DISCOVER BANK | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000004 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit 8

| Case No: | 09-13303 BL Judge: Bruce W. Black | | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|---|
| Case Name: | BANGWA, ELIZABETH C | | | Date Filed (f) or Converted (c): | 04/15/09 (f) |
| | | | | 341(a) Meeting Date: | 06/08/09 |
| For Period Ending: | 02/18/14 | | | Claims Bar Date: | 11/12/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 327 Candlelight, Bolingbrook=-scheduled | 155,000.00 | 0.00 | | 0.00 | FA |
| 2. 1507 Parkside, Bolingbrook-scheduled | 290,000.00 | 0.00 | | 0.00 | FA |
| 3. DuPage Credit Union account-scheduled | 50.00 | 0.00 | | 0.00 | FA |
| 4. Household goods-scheduled | 2,000.00 | 0.00 | | 0.00 | FA |
| 5. Clothing-unknown | Unknown | 0.00 | | 0.00 | FA |
| 6. 2004 Toyota Camry-scheduled | 8,000.00 | 0.00 | | 0.00 | FA |
| 7. Malpractice action-unscheduled (u) | 0.00 | 0.00 | | 18,601.70 | FA |
| The case went to trial and the total sum of $18,601.70 was tendered to the trustee, which represented the full judgment of $18,000, plus costs awarded | | | | | |
| TOTALS (Excluding Unknown Values) | $455,050.00 | $0.00 | | $18,601.70 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee filed a Motion To Employ Special Counsel. The case went to a jury trial and the

estate was awarded $18,000, plus costs

Initial Projected Date of Final Report (TFR): 12/31/13    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 09-13303 -BL | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|
| Case Name: | BANGWA, ELIZABETH C | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******1120  Checking Account |
| Taxpayer ID No: | *******5170 | | |
| For Period Ending: | 02/18/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/13 | 7 | ISBA Mutual Insurance Company | | 1249-000 | 18,601.70 | | 18,601.70 |
| 08/01/13 | 001001 | Gloria Longest | Payment of accountant per court order | 3410-000 | | 500.00 | 18,101.70 |
| 08/05/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 18,091.70 |
| 09/11/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 19.21 | 18,072.49 |
| 10/03/13 | | Congressional Bank | BANK SERVICE FEE | 2600-000 | | 18.57 | 18,053.92 |
| 01/16/14 | 001002 | MICHAEL G. BERLAND  1 NORTH LASALLE STREET  STE 1775  CHICAGO, IL  60602 | Chapter 7 Compensation/Fees | 2100-000 | | 2,470.79 | 15,583.13 |
| 01/16/14 | 001003 | Anthony Andreano | Special Counsel for Trustee Fees | 3220-610 | | 2,355.12 | 13,228.01 |
| 01/16/14 | 001004 | Donald L. Johnson | Special Counsel for Trustee Fees | 3210-600 | | 2,355.11 | 10,872.90 |
| 01/16/14 | 001005 | Andthony Andreano | Special Counsel for Trustee Expense | 3220-610 | | 3,381.82 | 7,491.08 |
| 01/16/14 | 001006 | Ariel Weisberg | Consultant for Trustee Expenses | 3731-000 | | 6,991.67 | 499.41 |
| 01/16/14 | 001007 | Thomas Wilhelmi | Consultant for Trustee Fees | 3731-000 | | 499.41 | 0.00 |

|  | | |  |
|---|---|---|---|
| | COLUMN TOTALS | 18,601.70 | 18,601.70 | 0.00 |
| | Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 18,601.70 | 18,601.70 | |
| | Less:  Payments to Debtors | | 0.00 | |
| | Net | 18,601.70 | 18,601.70 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1120 | 18,601.70 | 18,601.70 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 18,601.70 | 18,601.70 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    18,601.70    18,601.70

Ver: 17.04c

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 09-13303 -BL | | Trustee Name: | MICHAEL G. BERLAND |
|---|---|---|---|---|
| Case Name: | BANGWA, ELIZABETH C | | Bank Name: | Congressional Bank |
| | | | Account Number / CD #: | *******1120 Checking Account |
| Taxpayer ID No: | *******5170 | | | |
| For Period Ending: | 02/18/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Checking Account - ********1120

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.04c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*